IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-111-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IKEDO FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court for clarification of a CJA-24 approved by the undersigned on July 21, 2014. In the CJA-24, defense counsel requests the "entire arraignment transcript for Fields and all defendants arraigned with him as there are Rule 11 holes in the excerpted transcript." The undersigned approved this request with the understanding that "all defendants" indicated Fields' co-defendants.

It has come to the court's attention that defense counsel seeks to obtain an official transcript of each and every defendant arraigned during the entire court proceedings for that day. This request is beyond the normal scope of authorizations. Finding insufficient cause to grant such a broad and sweeping request, the court clarifies that such request is DENIED. The

court reporter is hereby directed and authorized to file an official transcript including the arraignment or other court proceedings of Mr. Fields and his two co-defendants, Walter Royster and Bobby Hayes, on September 10, 2013, before the undersigned. No further transcripts are authorized under the CJA-24 approved on July 21, 2014.

If defense counsel believes he has good cause to seek transcripts of additional proceedings, he may move the Fourth Circuit Court of Appeals for additional authorization.

This 19TH day of August 2014.

*[signature]*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26